**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**SHIRLEY JOHNSON** **PLAINTIFF**

**v.** **Civil Action No. 4:25-cv-205-RPC-JMV**

**HUMPHREYS COUNTY SHERRIF'S DEPARTMENT, et. al.** **DEFENDANTS**

**ORDER**

Consistent with the Court's Memorandum Opinion entered this day, IT IS SO ORDERED:

1. Defendant Mickey Foxworth's [85] Motion for Judgment on the Pleadings is **GRANTED**, and all claims against him are **DISMISSED WITH PREJUDICE.**

2. Defendant Humphreys County's [89] Motion to Dismiss is **GRANTED**, and all claims against it are **DISMISSED WITH PREJUDICE**.

**SO ORDERED**, this the 2nd day of September, 2026.

Robert P. Chamberlin
UNITED STATES DISTRICT JUDGE