**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**SHIRLEY JOHNSON** **PLAINTIFF**

**v.** **Civil Action No. 4:25-cv-205-RPC-JMV**

**HUMPHREYS COUNTY SHERRIF'S DEPARTMENT, et al.** **DEFENDANTS**

**FINAL JUDGMENT**

Consistent with the Court's previously issued Memorandum Opinions and Orders, it is hereby ORDERED, ADJUDGED, AND DECREED that all claims asserted by Plaintiff Shirley Johnson against Defendants Bruce Williams, Truron Grayson, Humphreys County Board of Supervisors, Mickey Foxworth, Humphreys County, and the Humphreys County Sheriff's Department are **DISMISSED WITH PREJUDICE**. This case is hereby CLOSED pursuant to Federal Rule of Civil Procedure 58.

**SO ORDERED**, this the 2nd day of September, 2026.

Robert P. Chamberlin
UNITED STATES DISTRICT JUDGE